| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | Lexi Negin, Bar #250376<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant<br>FRANCISCO DELGADO-RIVERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-081 EJG |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| FRANCISCO DELGADO-RIVERA, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on April 17, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 17, 2009, be continued until June 19, 2009. In addition, the parties stipulate that the time period from April 17, 2009, to June 19, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and needing time to get historical records about the defendant.

A proposed order is attached and lodged separately for the court's convenience.

1

| | | |
|---|---|---|
| 1 | DATED: April 16, 2009 | |
| 2 | Respectfully submitted, | |
| 3 | LAWRENCE G. BROWN | DANIEL BRODERICK |
| 4 | Acting United States Attorney | Federal Defender |

 /s/ Lexi Negin for  /s/ Lexi Negin
MICHAEL ANDERSON  LEXI NEGIN
Assistant U.S. Attorney  Assistant Federal Defender
Attorney for United States  Attorney for Francisco Delgado-Rivera

|     |     |
| --- | --- |
| 1   |     |
| 2   | IN THE UNITED STATES DISTRICT COURT |
| 3   | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 4 | UNITED STATES OF AMERICA, ) | CASE NO. CR-S-09-081 EJG |
| 5 | ) Plaintiff, ) | |
| 6 | ) v. ) | ORDER CONTINUING STATUS HEARING |
| 7 | ) ) | AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| 8 | FRANCISCO DELGADO-RIVERA, ) ) | |
| 9 | Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on April 16, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for April 17, 2009, be vacated and that the case be set for Friday, June 19, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 16, 2009 stipulation, the time under the Speedy Trial Act is excluded from April 17, 2009, through June 19, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 15, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE