DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO DELGADO-RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-081 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| FRANCISCO DELGADO-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on June 19, 2009.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 19, 2009, be continued until August 7, 2009.  In addition, the parties stipulate that the time period from June 19, 2009, to August 7, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and needing time to get historical records about the defendant.

A proposed order is attached and lodged separately for the court's convenience.

1

1   DATED:June 17, 2009

2

3                           Respectfully submitted,

4   LAWRENCE G. BROWN                    DANIEL BRODERICK
    Acting United States Attorney        Federal Defender

5

6   /s/ Lexi Negin for                      /s/ Lexi Negin
    MICHAEL ANDERSON                     LEXI NEGIN
7   Assistant U.S. Attorney              Assistant Federal Defender
    Attorney for United States           Attorney for Francisco Delgado-Rivera
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-081 EJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| FRANCISCO DELGADO-RIVERA, | ) | |
| Defendant. | ) | |

_____

For the reasons set forth in the stipulation of the parties, filed on June 17, 2009,  IT IS HEREBY ORDERED that the status conference currently scheduled for June 19, 2009,  be vacated and that the case be set for Friday, August 7, 2009 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 17, 2009 stipulation, the time under the Speedy Trial Act is excluded from June 19, 2009, through August 7, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated: June 16, 2009                          /s/ Edward J. Garcia_____
                                              EDWARD J. GARCIA
                                              UNITED STATES DISTRICT JUDGE

2