IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-081 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING |
| | ) | AND EXCLUDING TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| FRANCISCO DELGADO-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on August 5, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for August 7, 2009, be vacated and that the case be set for Friday, September 18, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 5, 2009 stipulation, the time under the Speedy Trial Act is excluded from August 7, 2009, through September 18, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  August 4 , 2009                         /s/ Edward J. Garcia
                                                _____
                                                EDWARD J. GARCIA
                                                UNITED STATES DISTRICT JUDGE