DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO DELGADO-RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-09-081 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| FRANCISCO DELGADO-RIVERA, ) | |
| Defendant. ) | |

   This case is currently scheduled for a status hearing on September 18, 2009.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.  Specifically, the defense is investigating whether Mr. Delgado-Rivera may have a basis for a motion to dismiss pursuant to 8 U.S.C. §1326(d).

   The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for September 18, be continued until October 15, 2009.  In addition, the parties stipulate that the time period from September 18, 2009, to October 15, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and needing time to get historical records about the defendant.

   A proposed order is attached and lodged separately for the court's convenience.

1

DATED: September 17, 2009

                     Respectfully submitted,

LAWRENCE G. BROWN                 DANIEL BRODERICK
Acting United States Attorney           Federal Defender


*/s/ Lexi Negin for*                          */s/ Lexi Negin*
MICHAEL ANDERSON                 LEXI NEGIN
Assistant U.S. Attorney                    Assistant Federal Defender
Attorney for United States               Attorney for Francisco Delgado-Rivera

## ORDER

    For the reasons set forth in the stipulation of the parties, filed on September 17, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for September 18, 2009, be vacated and that the case be set for **Thursday, October 15, 2009, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 17, 2009 stipulation, the time under the Speedy Trial Act is excluded from September 18, 2009, through October 15, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 17, 2009

                                                  /s/ Edward J. Garcia
                                                  U. S. DISTRICT JUDGE