DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO DELGADO-RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FRANCISCO DELGADO-RIVERA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-S-09-081 EJG <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

It is hereby stipulated and agreed to between the United States of America through Michael Anderson, Assistant U.S. Attorney, and defendant FRANCISCO DELGADO-RIVERA by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for October 15, 2009, be continued to **Friday, November 13, 2009, at 10:00 a.m.**

The reason for this continuance is because defense counsel was away from the office for an extended number of days due to an unexpected family emergency that required her to travel back east and needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, October 13, 2009, through and including the date of the new status conference hearing, November 13, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial

1

Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare]. A proposed order is attached and lodged separately for the court's convenience.

DATED:October 14, 2009

Respectfully submitted,

LAWRENCE G. BROWN  
United States Attorney

DANIEL BRODERICK  
Federal Defender

 /s/ Lexi Negin for  
MICHAEL ANDERSON  
Assistant U.S. Attorney  
Attorney for United States

 /s/ Lexi Negin  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Francisco Delgado-Rivera

**O R D E R**

For the reasons set forth in the stipulation of the parties, filed on October 14, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for October 15, 2009, be vacated and that the case be set for **Friday, November 13, 2009, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 14, 2009 stipulation, the time under the Speedy Trial Act is excluded from October 13, 2009, through and including November 13, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 14, 2009

/s/ Edward J. Garcia  
EDWARD J. GARCIA  
UNITED STATES DISTRICT JUDGE