DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC SHANE DEDRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-081 EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE STATUS HEARING** |
| | ) | |
| | ) | DATE: January 29, 2010 |
| FRANCISCO J. DELGADO-RIVERA, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Edward J. Garcia |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, FRANCISCO JAVIER DELGADO-RIVERA by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Friday, December 18, 2009, be continued to Friday, January 29, 2010.

The reason for this continuance is because the government will be filing a misdemeanor information and dismissing the pending indictment, but needs additional time to do so.

/ / /

/ / /

1  It is further stipulated that the time period from the date of this
2  stipulation, December 14, 2009, through and including the date of the
3  new status conference hearing, January 29, 2010, shall be excluded from
4  computation of time within which the trial of this matter must be
5  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6  (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel
7  to prepare].

DATED: December 14, 2009      Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Lexi Negin
                              LEXI NEGIN
                              Assistant Federal Defender
                              Attorney for Defendant
                              FRANCISCO JAVIER DELGADO-RIVERA

DATED: December 14, 2009      BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Lexi Negin for
                              MICHAEL ANDERSON
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through
and including January 29, 2010, in the interests of justice pursuant to
18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
Code T4.

DATED: December 14, 2009.

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Judge