1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,       )  No. CR S-09-081 EJG
                                    )
11                  Plaintiff,      )  MOTION AND [PROPOSED] ORDER TO
                                    )  DISMISS INDICTMENT
12       v.                         )
                                    )
13  FRANCISCO JAVIER DELGADO-       )
    RIVERA,                         )
14                                  )
                    Defendant.      )
15  _____

16
         The United States Attorney's Office, pursuant to Rule 48(a)
17
    of the Federal Rules of Criminal Procedure, hereby moves to
18
    dismiss the indictment against FRANCISCO JAVIER DELGADO-RIVERA
19
    without prejudice in the interest of justice.  Earlier today,
20
    FRANCISCO JAVIER DELGADO-RIVERA appeared before Magistrate Judge
21
    Edmund F. Brennan and pursuant to a plea agreement entered a
22
    guilty plea to a superseding information charging violation of 8
23
    U.S.C. §1325(a)(1).  As part of the plea agreement, the United
24
    States now moves that this indictment in this case be dismissed.
25
    ///
26
    ///
27
    ///
28

                                    1

1  I have spoken with defense counsel in this case, Lexi Negin, and
2  she stated that she has no objection to this motion.
3
4  DATED: December 22, 2009        Respectfully submitted,
5                                  BENJAMIN B. WAGNER
                                   United States Attorney
6
7                                  By:  /s/ Michael D. Anderson
                                        MICHAEL D. ANDERSON
8                                       Assistant U.S. Attorney
9
10                     [PROPOSED] ORDER
11
12     **IT IS HEREBY ORDERED** that the indictment in the above
13  captioned case be dismissed against defendant FRANCISCO JAVIER
14  DELGADO-RIVERA without prejudice in the interest of justice.
15
16  DATED: 12/31/2009         [signature]
                              for HON. EDWARD J. GARCIA
17                                United States District Judge

2